## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Case No. 0:09-cv-03054 PAM |
| Dennis E. Hecker, | Bky No. 09-50779 |
| Debtor. | |

_____

Dennis E. Hecker,

      Appellant,

v.

Chrysler Financial Services
Americas LLC,

      Appellee.

_____

## ORDER

_____

Upon consideration of Appellee Chrysler Financial Services Americas LLC's Motion for Leave to File Surreply Brief, and for good cause shown, it is hereby

ORDERED, that Appellee's motion is GRANTED, and it is further

ORDERED, that Appellee is authorized to file and serve its surreply brief in the form attached to its motion.


Dated: Monday, December 21, 2009    *s/ Paul A. Magnuson*
                                        Paul A. Magnuson
                                        United States District Judge